No. 223. CARRIER ENGINEERING CORP. *v.* HORVATH ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles J. Staples* for petitioner. *Messrs. Richard Ford* and *Merlin Whiley* for Horvath, and *Mr. Frank Parker Davis* for McCord Radiator & Mfg. Co., respondents.

No. 225. DE ARYAN *v.* AKERS. October 9, 1939. Petition for writ of certiorari to the Supreme Court of California denied. *C. Leon de Aryan, pro se. Roy O. Akers, pro se.*

No. 228. GENERAL TIRE & RUBBER Co. *v.* FISK RUBBER CORP. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs Albert L. Ely* and *William C. McCoy* for petitioner. *Messrs. F. O. Richey* and *F. G. Neal* for respondent.

No. 231. GARRISON *v.* THOMPSON ET AL., TRUSTEES. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Walter H. Maloney* for petitioner. *Messrs. Thomas J. Cole, A. Z. Patterson,* and *DeWitt C. Chastain* for respondents.

No. 232. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* SHEEHAN, ADMINISTRATRIX. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. T. M. Pierce* and *Walter Naylor Davis* for petitioner. *Messrs. Mark D. Eagleton* and